UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DON BRITT
96-A-5388

VS

ORDER
CV 06-1726 (JG)

THOMAS POOLES

-------------------------------------------------------X

A hearing will be held in the captioned case on  OCTOBER 20, 2006 AT 9:45 AM .

The Warden is to have the petitioner available via telephone to participate at this hearing.

Please call Vivian Klein at 718-613-2455 before the scheduled date to set up the hearing.

SO ORDERED

s/John Gleeson
JOHN GLEESON, U.S.D.J.

Dated: June 16, 2006
Brooklyn, New York